# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-23-00209-CV

**Alex E. Jones and Free Speech Systems, LLC, Appellants**

**v.**

**Neil Heslin and Scarlett Lewis, Appellees**

---

### FROM THE 261ST DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-GN-18-001835, THE HONORABLE MAYA GUERRA GAMBLE, JUDGE PRESIDING

---

## M E M O R A N D U M   O P I N I O N

**PER CURIAM**

The parties have filed an agreed motion to abate this appeal, requesting that we abate so that they can focus on resolving issues in the bankruptcy court that could obviate further proceedings in this cause. We grant the motion in part and abate the appeal. *Cf.* Tex. R. App. P. 2, 42.1(a)(2)(c). The parties shall submit a status report or a motion to dismiss on or before September 16, 2024. The appeal will remain abated until further order of this Court.


Before Chief Justice Byrne, Justices Smith and Theofanis

Abated

Filed: May 23, 2024